UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
SQUAREX PHARMACEUTICAL
CORPORATION, formerly known as
SQUAREX LLC,

               Plaintiff,

    v.

SPARTAN CAPITAL SECURITIES LLC,
a division of SPARTAN CAPITAL HOLDINGS,
LLC,

               Defendant.
---------------------------------------------------------X

Civil Action No. 24-6880

**Request for Clerk's Certificate of Default**

       Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff requests a Clerk's certificate of entry of default.

       I am the attorney of record for Plaintiff SQUAREX LLC, and I affirm under the penalties of perjury that the party against whom the judgment is sought:

       1) is not an infant or incompetent person;

       2) is not in the military service;

       3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court, Defendant having been personally served on 9/19/2024 (Doc. 6);

       4) has defaulted in appearance in the above-captioned action.

Dated: 11/21/2024
Brooklyn, New York

                                                               */s/ Victor M. Feraru*
                                                              Victor M. Feraru, Esq.
                                                              255 McKibbin St. #39
                                                              Brooklyn, New York 11206
                                                              516-699-2285
                                                              victor@vicslaw.com