# LAW OFFICE OF VICTOR M. FERARU

**255 MCKIBBEN STREET, STE 39, BROOKLYN, NEW YORK 11206**

---

**Via ECF**

February 4, 2025

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

       In re:   *Squarex Pharmaceutical Corporation v. Spartan Capital Securities LLC*
                Case No.: 1:24-cv-06880-MKV

Dear Hon. Mary Kay Vyskocil:

      This office represents Plaintiff in the above-referenced matter. The purpose of this letter is to formally request leave to file a motion to be relieved as counsel for the Plaintiff pursuant to Local Civil Rule 1.4, as Plaintiff has terminated the attorney-client relationship with the undersigned. Further, it is respectfully requested that the Plaintiff is granted leave to dismiss this instant action, without prejudice, at the request of Plaintiff.

      As this Court is well aware, the Southern District "gives an attorney leave to withdraw when that attorney has been discharged by [their] client" *Software Freedom Conservancy, Inc v. Best Buy Co.*, 09 Civ. 10155 (SAS), at *15 (S.D.N.Y. July 27, 2010). Additionally, concerning voluntary dismissals, a "plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" Fed. R. Civ. P. 41.

      Here, as previously discussed, Plaintiff in this instant action has discharged the undersigned and has requested that this instant matter be dismissed, without prejudice.

      Accordingly, I respectfully request this Court grant the undersigned leave to file a motion to be relieved as counsel, and to discontinue this instant matter, without prejudice.

      This is the first such request for adjournment in the above-mentioned matter.

                                      Respectfully submitted,

                                      /s/Victor M. Feraru

cc: All interested parties

---

**OFFICE 516-699-2285**
**FAX 516-209-2555**
**VICTOR@VICSLAW.COM**
**VICSLAW.COM**