**LAW OFFICE OF VICTOR M. FERARU**

**255 MCKIBBEN STREET, STE 39, BROOKLYN, NEW YORK 11206**

**Via ECF**

February 5, 2025

Hon. Mary Kay Vyskocil
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    In re:   *Squarex Pharmaceutical Corporation v. Spartan Capital Securities LLC*
    Case No.: 1:24-cv-06880-MKV

Dear Hon. Mary Kay Vyskocil:

    This office represents Plaintiff in the above-referenced matter. The purpose of this letter is to respectfully request the withdrawal of the request to discontinue this matter, as discussed in the letter uploaded as Document No. 10 in this matter's docket, as the aforementioned request was included erroneously.

    Indeed, the aforementioned filing of the request to discontinue this action was filed in error in an apparent miscommunication with my law office staff. To avoid any confusion, Plaintiff ***does not*** wish to discontinue this instant matter and has elected to continue this instant action with alternative counsel.

    Thus, it is respectfully requested that this Court reject the above-mentioned request to discontinue this matter, as discussed in Document No. 10, and grants the undersigned leave to withdraw as counsel in this instant matter.

    Thank you for your time and consideration in this matter.

                          Respectfully submitted,

                           /s/Victor M. Feraru

cc: All interested parties

OFFICE 516-699-2285
FAX 516-209-2555
VICTOR@VICSLAW.COM
VICSLAW.COM